# EXHIBIT 2



September 27, 2023

## STRIKE AGREEMENT LETTER [SAL] – SOUTHERN CALIFORNIA

Thank you for your commitment for the upcoming 3-day strike in Southern California, expected to commence 10/04/2023. Please review this Strike Agreement Letter ("Agreement or SAL") as it includes valuable information regarding the details of this strike assignment. Unless otherwise required by law, this Agreement sets forth the terms of your employment. **A signed copy of this Agreement is required prior to you traveling to the strike assignment.**

**EMP ID:** 615106

**FIRST NAME:** Taneisha         **LAST NAME:** Mcclymont         **\*SHIFT:** NGT

**ASSIGNED POSITION:** SS OR TECH.SOCAL    **START DATE:** 9/28/2023    **END DATE:** 10/6/2023

**TRAVEL DATE and COMMITMENT**: Healthcare Professionals selected for this strike need to be available to travel Thursday 9/28, Friday 9/29, Saturday 9/30, Sunday 10/1. Depending on your day of travel, this strike assignment requires a 10-day commitment away from home.

**INDUCTION PAY**: The induction for this strike assignment will be done onsite. Healthcare Professionals will be paid $18.67 per hour for time spent in induction.

**EARLY ARRIVAL PAY**: Early Arrival/Standby Pay will be paid according to the day an HCP **arrives** to the induction site prior to the start of the strike and is based on the assigned position classification as follows:

| Day of Arrival | Nursing | Allied |
|---|---|---|
| Thurs, Sept 28th | $1600 | $1400 |
| Fri, Sept 29th | $1400 | $1250 |
| Sat, Sept 30th | $1100 | $1050 |
| Sun and Mon Oct 1st and 2nd | No Early Arrival Pay | No Early Arrival Pay |

**ARRIVAL PAY**: Healthcare Professionals who participated in the Pre-Notice Complete Credentialing File Incentive Program and completed their file prior to the receipt of a notice will be eligible to receive $750.

**MODULE PAY:** You have been assigned and are required to complete web-based, self-paced modules through HealthStream. Time to complete the HealthStream modules will vary based on assigned position for this strike assignment. Healthcare Professionals will be paid an hourly rate based on their assigned position classification as follows:
  Nursing and Allied $50.00 per hour
  Ancillary/Support Services $30.00 per hour

Spending more time on the curriculum than the estimated time allotted for your position **will not be paid without** the express authorization of U.S. Nursing.  Estimated completion times will be provided in a separate automated email.  **All modules are to be completed prior to attending the in-person orientation.** There will be a computer lab available with minimum laptops.  You are encouraged to bring your laptop, tablet, or iPad to complete the material prior to attending the in-person orientation.

If you have been employed by USN or its sister company, Fastaff, you will receive instructions regarding accessing the online curriculum via email prior to arriving onsite.  Otherwise, your online education will be done onsite upon completing the induction process.

**TECHNOLOGY REIMBURSEMENT:** To reimburse for the minimal usage of your personal device to scan time for your electronic timesheet onsite, you will be paid a one-time payment of $5.00.

**ORIENTATION** and **STRIKE PAY:** An in-person orientation will be held onsite and will last appx. 2-6 hours depending on your assigned position. Healthcare Professionals will be paid the strike pay rate per hour for their assigned position, for hours spent in the in-person orientation and hours worked once the strike commences.

The pay rate for the CATH LAB RAD TECH, CT TECH, INTERVENTIONAL RADIOLOGY TECH, MAMMO TECH, MRI TECH, RADIOLOGY TECH and ULTRASOUND SONOGRAPHY positions for time worked during the in-person orientation and the strike is $150.00 per hour.

The pay rate for the DIETICIAN positions for time worked during the in-person orientation and the strike is $135.00 per hour.

The pay rate for the CYTOTECH, HISTOLOGY ASSISTANT, NUCLEAR MED TECH, RT NICU 3M, RT NICU 3S, RT NICU TRANSPORT and RT PICU TRANSPORT positions for time worked during the in-person orientation and the strike is $120.00 per hour.

The pay rate for the ECHO TECH, MAMMO TECH, RN ICU CHARGE, RN ICU, RN IR, RN SS PACU CHARGE, RN SS PACU, RN WIS L&D, RN WIS NICU III CHARGE, RN WIS NICU III positions for time worked during the in-person orientation and the strike is $118.00 per hour.

The pay rate for the RN ED CHARGE, RN ED, RN SS OR, RN WIS MOM BABY CHARGE, RN WIS MOM BABY, RT PEDS TRANSPORT, RT PICU, RT positions during the in-person orientation and the strike is $108.00 per hour.

The pay rate for the PATHOLOGY TECH positions for time worked during the in-person orientation and the strike is $105.00 per hour.

The pay rate for the LVN and LVN HOME HOSPICE positions for time worked during the in-person orientation and the strike is $93.00 per hour.

The pay rate for the SS OR TECH CVOR positions for time worked during the in-person orientation and the strike is $78.00 per hour.

The pay rate for the ORTHO TECH, SS STERILE PROCESSING GI SCOPE and SS STERILE PROCESSING TECH positions for time worked during the in-person orientation and the strike is $75.00 per hour.

The pay rate for the SS OR TECH, TELE MONITOR TECH and WIS OB TECH positions for time worked during the in-person orientation and the strike is $68.00 per hour.

The pay rate for the EKG STRESS TEST TECH and SS OR ORDERLY positions for time worked during the in-person orientation and the strike is $63.00 per hour.

The pay rate for the CNA HOME HEALTH positions for time worked during the in-person orientation and the strike is $58.00 per hour.

The pay rate for the DENTAL ASSISTANT OR positions for time worked during the in-person orientation and the strike is $55.00 per hour.

The pay rate for the CNA HOSP AIDE, CNA and ED TECH positions for time worked during the in-person orientation and the strike is $53.00 per hour.

The pay rate for the COURIER DRIVER positions for time worked during the in-person orientation and the strike is $40.00 per hour.

Business casual or scrubs are acceptable attire for the in-person orientation.

**GUARANTEED HOURS:**  This strike assignment offers a 48 Hour Guarantee inclusive of orientation and module time. If the strike commences, and you meet all USN & file requirements, you will be scheduled to work 48 hours during the strike. If your hours worked does not equal at least 48 hours, then you will be paid the difference in hours at your hourly, strike pay rate, if you have been "available" to work all hours you have been scheduled and/or requested to work the first week.

You will only receive compensation for the difference between your scheduled hours and the number of hours you actually worked during the week(s) of the strike. For example, if you are scheduled for 48 hours of work and you receive only 46 hours of work, in addition to being paid for the 46 hours of work, you will receive two hours of compensation that week at your strike rate of pay if you are available to work all of your scheduled and/or requested hours that work week.

You will be considered to have been "available" to work only if the facility fails to provide sufficient number of shifts or sends you home early or cancels your shift in whole due to staffing needs or low patient census. You will **not be considered "available"** to work if any of the following occur during the work week:

- You start a shift late, leave early or volunteer to leave work early during a shift that week.
- You are released by the facility or USN for performance or any other reason, other than for staffing needs or low patient census that prevents you from successfully working the entirety of all your scheduled shifts that week.
- You refuse to float, be on-call, work a night or day shift or accept appropriate assignments based on skills and other population or age specific competencies.
- Your availability to work a shift is restricted by expired or missing credentials required for the position, or due to an investigation related to performance.
- You make yourself unavailable to work at any point during the workweek, including illness, personal reasons or requested time off during the work week.

**Please note the facility reserves the right to cancel specific assignments based on needs and census at any time.**

This assignment may include on-call hours with the potential for call back for some positions. The on-call pay is $18.67 per hour and call-back pay will be paid at 1.5 times per hour of the strike pay rate. Call-back hours are defined as hours worked **after you have been in on-call status outside of the facility** and are requested to return to the facility outside of your scheduled shift. Call-back hours count towards Guaranteed Hours

You will be paid in accordance with Federal and California state wage and hour laws for hours worked and will be paid overtime if you work more than 8 hours per day or 40 hours in a week. All hours that you work the week of the strike, including any call back hours, will be included in determining whether you have been provided with your Guaranteed Hours.

If the planned strike settles prior to the start date or is postponed or cancelled or otherwise does not occur as scheduled or anticipated, a Healthcare Professional with an active California license and/or the appropriate state and/or national certification and requirements:

Who is in receipt of their Travel Advisement and housing assignment from U.S. Nursing will be paid 8 hours at the rate indicated below based on the assigned position classification.
   Nursing and Allied $50.00 per hour
   Ancillary and Support Services $30.00 per hour

Who has traveled to the strike location and successfully meets all U.S. Nursing employment and file requirements and has initiated the induction process, will be paid 15 hours at the hourly strike pay rate for their assigned specialty or modality, inclusive of any time spent in orientation and module time in addition to Arrival, Early Arrival and/or induction pay due.

Healthcare Professionals that have elected to drive to client induction locations must acknowledge when they have commenced travel to the induction location by completing the Driver Form which is date and time stamped to indicate the beginning of travel. Only driving candidates that have completed this form **before** the potential strike settlement, postponement or cancellation occurs (also referred to a as a Red Light) will be eligible to receive the 15 hours at the hourly strike pay for the assigned specialty or modality. The link is accessible by clicking here. **Please note this form should be completed at the time driving commences**.

In the event the planned strike does not take place and you believe the above scenarios are inapplicable to your situation or that you have special circumstances that need to be considered with regard to your travel or related pay, please contact a recruiter at 1-800-726-8773.

**FIT TESTING and FACIAL HAIR:** We strongly recommend if you have facial hair, that you shave and maintain a clean-shaven face for the duration of the assignment. The facility will provide PAPRs and PAPR training if needed. Please do not bring your own PPE (Personal Protective Equipment) to use to work in the facility.

**ARTIFICIAL NAILS/LASHES:** Healthcare Professionals participating in this strike assignment must adhere to USN's policy regarding no artificial nails and no wearing of lashes deemed too long by USN and/or representatives of the facility throughout the duration of the assignment. Reporting to your assignment with artificial nails and or lashes considered to be too long may result in termination of your strike assignment.

**ELECTRONIC TIMEKEEPING:** Hours for time spent at the onsite orientation and time worked during the strike will be captured via a scanner by a USN onsite representative. Healthcare Professionals are instructed to download their personal QR code to be used for scanning via the US Nursing App. The QR code will be scanned at the beginning and end of the onsite orientation as well as at the facility for the beginning and end of your shift once the strike commences.

The web timesheet application link will be provided to you for this specific strike assignment to electronically document your meal breaks while at orientation and during your assignment once the strike commences.

- The recording of orientation and shift start and end times will be scanned into the system upon your arrival and departure to/from the orientation site/facility holding area.
- Time waiting for the courtesy shuttle to depart after your shift has ended is **NOT** paid time. Once your shift ends, you will promptly scan out indicating the end of your shift. You may take the courtesy shuttle or find alternative transportation back to your assigned strike lodging.
- Compensable travel time will be paid at no less than minimum wage.
- Missed meal and/or rest breaks **must be approved by your unit supervisor and added to the comments in your electronic time shee**t. Please include the name of the supervisor who approved the missed meal and/or rest break.
- As this strike includes Daily Pay, it is imperative that you submit your timesheet within 30 minutes of ending your shift.

**PROFESSIONAL FILE**: **A complete file containing all USN requirements is mandatory prior to your travel being booked**. If you are unable to provide the required documents prior to traveling, you may forfeit your offer for this strike assignment.

Electronic submission of documents to the nurse portal or the USN mobile app is necessary to avoid long wait times at induction. Additionally, all documents must be hand carried to the strike assignment. Please refer to page 7 for a list of all documents required.

**TRAVEL CONFIRMATION**: Our Red Light/Green Light line is set up to keep you informed of the status of the strike engagement. On the day you are confirmed to travel, **call 303-802-1114** before going to the airport and upon landing to confirm the strike is still scheduled to commence. Drivers should call at the beginning of their drive to the strike assignment as well as **every two hours** to ensure the strike is still scheduled to commence.

If you elect to fly to the strike assignment, you will be provided with a round-trip airline ticket from your home to the location of the strike assignment and returning from the location of the strike assignment back home. USN is not responsible for airline delays or cancelled flights. O**nce a ticket is provided to you, change fees and additional airfare purchases to include upgrades and new flights will not be reimbursed.**
USN will not change flights that have been booked unless necessary for the current strike assignment. Flight changes subsequent to USN booking are only acceptable for the current strike assignment and cannot be changed to be used for personal trips or future use.

Timely notifications of late arrival; cancelled or delayed flights or other issues preventing you from arriving when scheduled will help safeguard your offer for this assignment. **Any changes to the expected arrival date/time should be communicated immediately to USN by calling 800-726-8773.**

If you elect to drive to your strike assignment, USN will offer mileage reimbursement at the current IRS recommended rate per mile for a maximum of 750 miles each way to/from your residence and the assignment location (1,500 miles roundtrip).

**HOUSING INFORMATION**: **USN will provide single occupancy housing at designated hotel or something similar for this strike assignment.**

**CODE OF CONDUCT**: We are on one team with the same goal of excellence in patient care during this assignment. It is expected that all USN employees

display a behavior of professionalism towards patients, colleagues, supervisors, USN representatives/ambassadors, hotel and transportation staff and anyone you encounter related to this strike assignment. Discriminatory behavior, retaliation, harassment, or victimization towards others is not allowed and could result in disciplinary action up to and including termination of the current strike assignment as well as future assignments and/or strikes. USN promotes lawful freedom of expression and open communication. Nonetheless, we expect everyone to follow our Code of Conduct outlined in this Agreement.

**ON SITE TRANSPORTATION**: USN provides transportation to and from the facility as a convenience to you. **No meetings or assignment of work tasks will occur during the commute.** If you choose to take the transportation provided, it is your responsibility to be on time for all scheduled transportation loadings. Additionally, you understand should you miss the scheduled transportation provided, USN will work with you to obtain transportation to the facility which may include a taxi, car/ride service but the cost associated with this transportation will be your responsibility.

USN and its transportation partner may continue processes and procedures to limit face-to-face contact in loading the courtesy shuttles and/or buses each day. These processes include but are not limited to disinfecting the equipment after each use; assigned seating; required facemasks while on the courtesy shuttle; rear door boarding and prohibiting the consumption of food and/or drink while on the courtesy shuttle. You are expected to comply and follow the new processes and procedures set forth as they are in place for your safety and the safety of others during this time.

If you choose to take alternative transportation to and from the onsite orientation or facility shifts, you **must check in** via a USN ambassador/representative during designated courtesy shuttle/bus load times or by calling **800-726-8773 at least 2 hours** before the start of your shift. **Additionally, you must report to orientation or your assigned shift once the strike commences at the time designated by the facility. Late arrivals to the onsite orientation may impact your offer to work the strike.**

**PAYROLL INFORMATION**: **You will receive a payroll packet via DocuSign for documents required to work in the state of California. These documents include a Federal W-4; California State form and a CA Meal Waiver. Healthcare Professionals will be required to sign a Wage Theft Notice form included in the SAL.**

**Any W-4 received after the induction period cannot be changed immediately and will be updated in accordance with IRS guidelines, within 30 days of receipt.** Hours spent in induction, orientation, completion of modules as well as any compensable travel time (when applicable) will be paid separately from the hours worked during the strike.

The workweek for this assignment will begin on Wednesday, October 4th at 12:00am. All shifts will begin at 11:00am, 7:00am or 7:00pm unless a different shift assignment is determined by the facility or by USN's on-site leadership.

If you believe you have been paid incorrectly under this Agreement, it is your responsibility to contact the USN Payroll department immediately at usnpayroll@usnursing.com . Failure to do so may result in USN's inability to timely correct payment at no fault of the USN.

**PER DIEM:** All Healthcare professionals will receive a daily per diem in the amount of $40 each day of the strike inclusive of induction and orientation.

**OTHER:** Healthcare Professionals are to avoid wearing red or purple scrubs. Food and Service should wear non-slip shoes.
Please make certain to bring your complete file; a credit card for incidentals (including room service, hotel internet access and laundry charges) and personal hygiene items. USN is not responsible for lost, damaged, or stolen items to include but is not limited to luggage, laptops, and other personal electronics.

**\*ASSIGNMENT CONSIDERATIONS**: **Absolute flexibility is required as it relates to shift assignment, shift length, floating to appropriate units and, when asked, to return to the facility due to a change in census. Arriving late, missing a shift, refusal to workdays or nights, or refusal to work an extended shift or to return when asked to return to the facility, are grounds for discipline, up to and including termination and disqualification from future assignments. You must be flexible and work with the facility's needs. Whenever necessary, unit floating and shift changes may be required.**

**On-call may be required in specific units, including but not limited to OR, PACU, Endoscopy, Cath Lab, and Interventional Radiology. Unit, shift, and on-call assignments will be finalized on-site.**

**DRUG SCREEN**: All Healthcare Professionals are required to have a negative 10 panel drug screen within the last 12 months. If unavailable, Healthcare Professionals will be required to complete a new drug screen prior to traveling to the strike assignment or on-site.

Healthcare Professionals who are required to take a drug screen onsite must present proof of prescribed medication and may be subject to clearance by an MRO. Healthcare Professionals will not be compensated for any shifts missed, are ineligible for any Guaranteed Hours, and may be sent home if the MRO cannot clear the drug screen prior to the start of the strike. Healthcare Professionals who are sent home due to invalid drug screens will only be compensated for induction hours if applicable, pre-orientation education pay if completed at time of dismissal and are not eligible for any other compensation associated with the strike assignment

USN and its drug screen partner, STAT, have implemented procedures for the onsite drug screening process. These procedures include but are not limited to requiring candidates and staff members to wear face masks, appropriate seating in the waiting area to accommodate social distancing and disinfecting the collection site after each use.

**LUGGAGE REIMBURSEMENT**: Although airline luggage costs may vary, **USN will reimburse for one luggage fee of $30.00 each way**, to and from the strike assignment. USN will not reimburse for any excess weight charges for luggage. Healthcare Professionals who wish to receive reimbursement for their luggage **must send the receipt to USNReimbursements@usnursing.com** . The reimbursement will be on your final payroll, unless a receipt has not been received, then it will be paid within 2-4 weeks of receipt. If a receipt is not received a reimbursement will not be processed.

**MEAL AND REST BREAKS:** Meal breaks and rest breaks will be provided during the event as set forth in the Company's Meal and Rest Break Policies and in accordance with applicable law. Accurate recording of meal breaks is required for all Healthcare Professionals. Missed Meal and/or Break periods must be notated in the comment section of the Healthcare Professionals electronic timesheet. The note should include what meal or rest period was missed and the name of the approving Unit Manager/Charge Nurse.

By signing below, you are acknowledging that, you agree to the terms of employment regarding this event. This Agreement is not a contract for guaranteed employment for any particular period of time. Rather, USN is an at-will employer and your employment with USN is "at will." Please contact a USN recruiter with any questions.

Your signature below also serves as acknowledgement that you have received and reviewed the separately attached "Notice and Acknowledgement of Pay Rate and Payday" and onboarding notices that includes information about your employer, wages, and rights under applicable laws.

**Printed Name:** Taneisha McClymont      **Signature:**       **Date:** 9/30/2023 | 5:02 A

**Emergency Contact Name:** Eulalee Campbell brown      **Number:** 4045284951



# ACKNOWLEDGEMENT OF RECEIPT OF HEALTHCARE PROFESSIONAL EMPLOYEE HANDBOOK

I have received the current Healthcare professional Handbook and have read and understand the material covered. I have had the opportunity to ask questions about the policies in the Handbook, and I understand that any future questions that I may have about the Handbook, or its contents, will be answered by Human Resources personnel upon my request.

I agree to and will comply with the policies, procedures and other guidelines set forth in the Handbook.

I understand that the policies set forth in this Handbook (and in any applicable state appendices) govern the terms of my employment except to the extent that the terms of my employment may be governed by a collective bargaining agreement.

I understand and acknowledge that this Employee Handbook supersedes all prior oral or written statements by the Company concerning its employment policies, guidelines, and benefits. I understand that the Company reserves the right to change, modify or abolish any or all of the policies, benefits, rules, and regulations contained or described in the Handbook as it deems appropriate at any time, with or without notice.

I acknowledge that neither the Handbook nor its contents are an express or implied contract regarding my employment and that my employment with the Company is and remains "at-will."

**CLICK HERE FOR EMPLOYEE HANDBOOK**

**Printed Name:** Taneisha McClymont      **Signature:** 

5

**FILE REQUIREMENTS:**

**All requirements must be uploaded to estaff365.com, the Nurse Portal or the USN mobile application. PLEASE DO NOT EMAIL any requirements listed. All requirements must be valid through the end of the assignment and are required to work the strike engagement. Please use this list as a checklist when uploading your documents.**

1. Active professional license or state certification required by discipline.

2. Current Work History.

3. Current BLS.

4. All Other Resuscitation or Specialty Certifications or State Certifications to include, but not limited to: ACLS, PALS, MAB, CPI, TNCC, CEN, Chemo Certifications, AWHONN, STABLE, NRP, FHM, NIH Stroke Cert, and any others requested for assigned discipline. (Will only accept AHA / ARC / AAP / Military cards

5. 10 PANEL DRUG SCREEN**: All** staff are required to have a negative 10 panel drug screen within the last 12 months. Staff who do not have a valid 10 panel drug screen within the last 12 months will be screened onsite. Staff required to take a drug screen onsite must present proof of prescribed medication and may be subject to clearance by an MRO.

6. Skills Checklist for intended specialty w/i 1yr (completed electronically).

7. Physician Statement w/i 12 months.

8. COVID-19 vaccinations completed series. A COVID booster is required for the Northern California region.

9. PPD, QuantiFERON, or T-Spot w/in 1yr and must include plant date and read date if skin test (if history of +PPD, must provide proof of positive TB or provider statement including statement of history of TB, proof of Chest X-ray within 5 years (dated after proof of positive TB) AND TB questionnaire w/in 1yr).

10. TB Questionnaire w/i 1yr (completed electronically).

11. Rubella: Proof of positive titre or 2 vaccine.

12. Rubeola: Proof of positive titre or 2 vaccine.

13. Mumps: Proof of positive titre or 2 vaccine.

14. Varicella: Proof of positive titre or 2 vaccine.

15. Hepatitis B: Proof of positive titre, complete vaccine series, or declination.

16. Flu vaccination, for current season, or declination.

17. TDaP Booster within 10 years or Declination.

18. Evaluation: One evaluation within specialty from an RN, or higher, w/i 2 yrs.

Federal photo identification: I-9 with supporting documents - You must complete an I-9 form electronically using a 3rd party agent to verify your identity. Attached is a list of acceptable documents. Documents are uploaded into Guardian and should be brought with you onsite. Original documents, either one from List A or one each from Lists B and C must be valid and not expired. The only document that is acceptable as a photocopy is a certified copy is a U.S. birth certificate (see List C.4.).

New hires will be required to complete USCIS form I-9 on your first day of employment.  Please see below for a list of acceptable I-9 documents that are required for completion:

**LISTS OF ACCEPTABLE DOCUMENTS:**

**All documents must be UNEXPIRED**
**Employees may present one selection from List A or a combination of one selection from List B AND one selection from List C.**

## LIST A
### Documents that Establish Both Identity and Employment Authorization

1. U.S. Passport or U.S. Passport Card
2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551)
3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa
4. Employment Authorization Document that contains a photograph (Form I-766)
5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:
    A. Foreign passport; and
    B. Form I-94 or Form I-94A that has the following: (1) The same name as the passport; and (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired, and the proposed employment is not in conflict with any restrictions or limitations identified on the form.
6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI

## LIST B
### Documents that Establish Identity

1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address
2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address
3. School ID card with a photograph
4. Voter's registration card
5. U.S. Military card or draft record
6. Military dependent's ID card
7. U.S. Coast Guard Merchant Mariner Card
8. Native American tribal document
9. Driver's license issued by a Canadian government authority for persons under age 18 who are unable to present a document listed above:
10. School record or report card
11. Clinic, doctor, or hospital record
12. Day-care or nursery school record

   **AND**

## LIST C
### Documents that Establish Employment Authorization

1. A Social Security Account Number card, unless the card includes one of the following restrictions:
(1) NOT VALID FOR EMPLOYMENT
(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION
(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION
2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240)
3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal
4. Native American tribal document
5. U.S. Citizen ID Card (Form I-197)
6. Identification Card for Use of Resident Citizen in the United States (Form I-179)
7. Employment authorization document issued by the Department of Homeland Security

Examples of many of these documents can be found here:

https://www.uscis.gov/i-9- central/acceptable-documents/list-documents/form-i-9-acceptable-documents