# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03345-GPG-SBP

**RAYSHAWNDA GILMORE** et al.,

    Plaintiffs,

v.

**U.S. NURSING CORPORATION, d/b/a U.S. NURSING**, a Colorado corporation,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Rayshawnda Gilmore, et al. ("Plaintiffs") and Defendant U.S. Nursing Corporation (collectively, the "Parties") hereby stipulate that Plaintiffs' claims are to be dismissed in their entirety with prejudice, with the Parties to bear their own costs and attorneys' fees. The dismissal shall be effective upon filing of this joint stipulation.

Respectfully submitted this 27th day of January 2025.

| | |
|---|---|
| */s/ Rod M. Johnston* | */s/ Mairead Dolan* |
| Rod M. Johnston | Bronwyn H. Pepple |
| JOHNSTON LAW, PLLC | Mairead Dolan |
| 6911 Duchess Court | WILLIAMS WEESE PEPPLE & FERGUSON PC |
| Troy, Michigan 48098 | 1801 California Street, Suite 3400 |
| Telephone: (586) 321-8466 | Denver, CO 80202 |
| rod@johnstonlawflsa.com | Telephone: (303) 861-2828 |
| Attorney for Plaintiffs | bpepple@williamsweese.com |
| | mdolan@williamsweese.com |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served upon the following counsel of record:

Bronwyn H. Pepple
Mairead Dolan
WILLIAMS WEESE PEPPLE & FERGUSON PC
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
bpepple@williamsweese.com
mdolan@williamsweese.com
Attorneys for Defendant

                                            */s/ Rod M. Johnston*
                                            Rod M. Johnston
                                            JOHNSTON LAW, PLLC
                                            6911 Duchess Court
                                            Troy, Michigan 48098
                                            Telephone: (586) 321-8466
                                            rod@johnstonlawflsa.com
                                            Attorney for Plaintiffs